# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **MATTHEW SCHAEFER** and **CYNTHIA SCHAEFER**, | ) ) ) | |
| *Plaintiffs,* | ) | **CASE NO. 3:10-cv-791-RJD** |
| vs. | ) ) | |
| **BRAND ENERGY SERVICES, LLC,** and **DYNEGY MIDWEST GENERATION, LLC,** | ) ) ) ) | |
| *Defendants.* | ) | |

## JUDGMENT IN A CIVIL CASE

IT IS HEREBBY ORDERED AND ADJUDGED that pursuant to the Order entered by this Court on October 12, 2017, this case is **DISMISSED with prejudice and without costs**.

DATED: December 15, 2017.

**JUSTINE FLANAGAN**
**ACTING CLERK OF COURT**

By: *s/ Jamie Melson*
    Deputy Clerk

**APPROVED:**

*s/ Reona J. Daly*
**HON. REONA J. DALY**
**UNITED STATES MAGISTRATE JUDGE**